WHEATLAND TUBE COMPANY, Plaintiff,

and

UNITED STATES STEEL CORPORATION, Allied Tube and Conduit, and TMK IPSCO Tubulars, Plaintiff–Intervenors,

v.

United States, Defendant.

Slip Op. 15–44.
Court No. 12–00298.

United States Court of
International Trade.

May 7, 2015.

**JUDGMENT**

LEO M. GORDON, Judge.

Before the court is the *U.S. Department of Commerce Redetermination Pursuant to Court Remand Wheatland Tube Company v. United States* Consol. Court No. 12–00298, Slip Op. 14–137 (CIT 2014) (Apr. 27, 2015), ECF No. 70 ("*Remand Results*"). All parties agree that the *Remand Results* comply with the court's instructions and should be sustained. Joint Status Report 1–2 (May 4, 2015), ECF No. 72. Accordingly, it is hereby

**ORDERED** that the *Remand Results* are sustained.